**Order entered June 10, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00015-CV

## IN THE INTEREST OF C.H., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-07919**

### ORDER

Before the Court is appellee's June 8, 2021 second motion for extension of time to file her brief. Appellee seeks a twenty-five day extension. Appellant opposes the motion.

We **GRANT** the motion and **ORDER** the brief be filed no later than July 6, 2021. We caution appellant that further extension requests will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE